IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
DOCKET NO. 14-4677

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff-Appellee,* | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES KEVIN BRIDGES, | ) |
| | ) |
| *Defendant-Appellant.* | ) |
| _____ | ) |

## MOTION TO SUSPEND THE BRIEFING SCHEDULE

The United States moves to suspend the briefing schedule in this appeal of a criminal sentence by Charles Kevin Bridges.   The United States has moved to dismiss the appeal because Bridges waived his right to appeal pursuant to a plea agreement.   Because resolution of this motion may result in the dismissal of this appeal, the United States respectfully requests that this Court suspend the briefing schedule until the Court resolves the motion.

The United States has consulted with counsel for Bridges, who consents to the requested suspension.

RESPECTFULLY SUBMITTED, this 13th day of March, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

s/Anthony J. Enright
Anthony J. Enright
NY Bar Number 4485140
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone: 704-344-6222
Fax: 704-344-6229
E-mail: anthony.enright@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above motion upon the Appellant by serving his attorney of record, William D. Auman, through electronic case filing.

This 12th day of March, 2015.

s/Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC